UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRANDON HEBAN,**

      **Plaintiff,**

v.                                              Case No:  6:16-cv-1552-Orl-41DCI

**STEAK N SHAKE OPERATIONS, INC.,**

      **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal without Prejudice (Doc. 19). In consideration thereof, this case is dismissed without prejudice. **However, any underlying settlement agreements are legally unenforceable.** *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–55 (11th Cir. 1982). The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 20, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record